UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cr-00073-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONNIE EARL KNOX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Amended Motion to Reduce Sentence (Doc. No. 17). For the reasons stated in the Court's Order in Case No. 3:03-cr-00220 (Doc. No. 368), Defendant's motion is GRANTED, pursuant to the same conditions and specifications articulated in that order. See United States v. Knox, No. 3:03-cr-00220, (Doc. No. 368).

Because the Court is granting Defendant's Amended Motion to Reduce Sentence, the previous Unopposed Motion to Reduce Sentence (Doc. No. 16) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: September 9, 2020

Frank D. Whitney
United States District Judge

1